FILED
2012 May-11 AM 10:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM MATTHEW CRUNK, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 5:11-cv-04244-HGD |
| | ) | |
| FLAMAGAS, S.A., et al., | ) | |
| | ) | |
| Defendants | ) | |

**DISMISSAL ORDER**

Pursuant to Plaintiff's Notice of Dismissal (Doc. 11), it is ORDERED, ADJUDGED and DECREED that this action hereby is DISMISSED WITH PREJUDICE, each party to bear its own costs.

**DONE** this 11th day of May, 2012.